M. Christopher Moon (USB #14880)
JACKSON LEWIS PLLC
215 S. State Street, Suite 760
Salt Lake City, UT 84111
Telephone:  (801) 736-3199
Email: chris.moon@jacksonlewis.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MELODY ZOLLER a.k.a. MELODY LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED HEALTH CARE SERVICES, INC.,<br><br>    Defendant. | Case No. 2:18-cv-00133-DB<br><br>**STATUS UPDATE REGARDING ARBITRATION**<br><br>Senior District Judge Dee Benson |

   Defendant United Health Care Services, Inc. and Plaintiff Melody Zoller jointly file this update regarding arbitration.  The parties have selected an arbitrator and are actively engaged in discovery.  Discovery closed in October 2019 and Defendant filed a Motion for Summary Judgment on January 17, 2020.  Briefing is expected to continue to March 2020.  If any issues remain following the Motion for Summary Judgment decision, the arbitrator will schedule a hearing.

1

Respectfully submitted this 10th of February 2020.

| | |
|---|---|
| /s/ David J. Holdsworth | /s/ M. Christopher Moon |
| David J. Holdsworth | M. Christopher Moon (USB 14880) |
| 9125 South Monroe Plaza Way, Suite C | JACKSON LEWIS PLLC |
| Sandy, UT 84070 | 215 South State Street, Suite 760 |
| david_holdsworth@hotmail.com | Salt Lake City, Utah 84111 |
| | Tel: (801) 736-3199 |
| | chris.moon@jacksonlewis.com |
| *Signed by Filing Attorney with Permission of Plaintiff Attorney* | *Attorneys for Defendant* |

4811-4055-2116, v. 1